UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL5998

| | |
|---|---|
| In Re: | Case No.: 14-22373-JNP |
| MICHAEL D. HALL | Chapter: 13 |
| | Hearing Date: 10/24/17 |
| | Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order  Allowing for Cure of Condo. Assoc. Arrears
submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the
signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the
case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or
any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge
the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in
pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding
judge's e mail box, as a registered Participant of the Court's Case Management Electronic Files
(CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my
login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011
(sign certification with a /s/_____ ).

Date: 10/20/2017

Signature of Attorney

rev 8 1 15